No. 392. SULLIVAN and wife, Respondents, v. HOBBS, Appellant.

(Also reported in 223 N. W. 2d 688.)

Negligence. Attractive nuisance. Loaded pistol accessible to child. Death self-inflicted. Complaint. Legal insufficiency.

The cause was submitted for the appellant on the brief of *Boyle & Wagner* of Fond du Lac, and for the respondents on the brief of *Weinke & Weinke* of Fond du Lac.